UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 1:34-cv-2194<br><br>Hon. James E. Boasberg |

## NOTICE OF ACTION BY U.S. ENVIRONMENTAL PROTECTION AGENCY

    Defendants the United States Environmental Protection Agency and Michael S. Regan in his official capacity as Administrator thereof (collectively "EPA"), hereby reports that on September 30, 2024, EPA published in the Federal Register a notice seeking information and public comment necessary for proceedings under the Toxic Substances Control Act Section 2605, 15 U.S.C. § 2605, titled, "Certain Per- and Polyfluoroalkyl Substances (PFAS) Risk Management Under the Toxic Substances Control Act (TSCA); Request for Comment," 89 Fed. Reg. 79,581 (Sept. 30, 2024).

                                                                                          Respectfully submitted,

Dated: October 1, 2024                              /s/ Heather E. Gange
                                                                   Heather E. Gange, Senior Attorney
                                                                     D.C. Bar No. 452615
                                                                     U.S. Department of Justice
                                                                     Environment and Natural Resources Div.
                                                                     Environmental Defense Section
                                                                     P.O. Box 7611
                                                                     Washington, D.C. 20044
                                                                     Phone: 202-514-4206
                                                                     Email: Heather.Gange@usdoj.gov