IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL REGAN and ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendants*. | Civil Action No. 1:24-cv-02194 (JEB) |

**INHANCE'S RESPONSE TO DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Inhance Technologies LLC does not oppose Defendants' general request that this case be stayed pending resolution of Defendants' Motion to Dismiss. Inhance asks, however, that briefing on its Motion to Intervene continue during the stay, and that the Court address Inhance's Motion to Intervene and Motion to Dismiss concurrently with its resolution of Defendants' Motion to Dismiss, rather than deciding the motions sequentially.

Respectfully submitted,

/s/ *Susan M. Cook*
Susan M. Cook (D.C. Bar No. 462978)
Catherine E. Stetson (D.C. Bar No. 453221)
Adam M. Kushner (D.C. Bar No. 426344)
Marlan Golden (D.C. Bar No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:  (202) 637-5600
susan.cook@hoganlovells.com

2

                                                J. Tom Boer (D.C. Bar. No. No. 469585)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA  94111
Phone: (415) 374-2336
Fax: (415) 374-2499
tom.boer@hoganlovells.com

Dated: October 2, 2024              *Counsel for Inhance Technologies LLC*