UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 1:24-cv-2194 <br><br> Hon. James E. Boasberg |

**<u>MOTION FOR PARTIAL RECONSIDERATION OF ORDER ON MOTION TO STAY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS</u>**

Defendants the United States Environmental Protection Agency and Michael S. Regan in his official capacity as Administrator thereof (collectively "EPA") respectfully request that the Court reconsider the portion of the October 3, 2024, Minute Order that allowed briefing to proceed for Inhance Technologies, LLC's ("Inhance") motion to intervene, and amend the order to stay such briefing until the Court decides Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 15) ("Motion to Stay"). In the alternative, if the Court nonetheless allows briefing to proceed, EPA requests that the deadline for its response brief be set no earlier than November 18, 2024. EPA does not seek reconsideration of the portion of the Minute Order that addresses Plaintiffs' proposed motion for summary judgment.[1] In support of this motion, EPA states as follows:

---

[1] Undersigned counsel consulted with counsel for Plaintiffs, and attempted to consult with counsel for Inhance, regarding this motion. Plaintiffs responded that they take no position, but Inhance has not yet responded. The government anticipates that Inhance will oppose a stay of all briefing in light of the reply filed on October 2, 2024, and will report the company's position on

The decision to permit this briefing appears to be based on a misunderstanding that EPA does not oppose Inhance's intervention.  *See* Minute Order ("As Defendants presumably do not oppose Inhance's Motion to Intervene . . .").  Instead, EPA's Motion to Stay was filed for the express purpose of avoiding potentially needless briefing of Inhance's Motion to Intervene, which was the only other pending motion at that time:

> EPA now seeks a stay of all other proceedings in this case while the motion to dismiss is briefed and decided. ***It would needlessly consume EPA's*** and Inhance's ***time and resources to brief Inhance's motion to intervene, which EPA opposes***, because the Court no longer has subject matter jurisdiction. No other motions are pending, and no schedule has been set. Therefore, neither the Court nor the parties would be prejudiced by a stay of other proceedings while the motion to dismiss is briefed and decided.

Motion to Stay, ¶ 6 (emphasis added).  It is also worth noting that the same EPA personnel that would have to collaborate to prepare the response brief also are required for the ongoing 15 U.S.C. § 2605 proceedings that fulfill the alleged duty at issue in this case.  Briefing Inhance's motion to intervene would thus delay EPA's efforts to conduct the very Section 2605 proceedings that Plaintiffs sued to expedite.

If the Court does not stay briefing entirely, EPA requests that its response to Inhance's motion be due no earlier than November 18, 2024.  Addressing the numerous points raised by Inhance's motion to intervene would require detailed and time-consuming briefing that must be prepared in close collaboration with EPA personnel.  Undersigned counsel estimates that a minimum of 45 days would be required to prepare the government's response and obtain the required pre-filing approvals from EPA and U.S. Department of Justice ("DOJ") officials.

---

the proposed briefing deadline if that is communicated.  ECF No. 18.  This motion is being filed now, because undersigned counsel will be unavailable from this time until Monday, October 7, 2024, due to travel for unrelated matters.

**CONCLUSION**

For all of these reasons, EPA respectfully requests that the Court reconsider the Minute Order dated October 3, 2024, and amend it to stay briefing of Inhance's Motion to Intervene until the Court decides Defendants' Motion to Dismiss.  In the alternative, EPA requests that the deadline for its response brief be set no earlier than November 18, 2024.

Dated:  October 3, 2024

Respectfully submitted

 /s/ Heather E. Gange
Heather E. Gange, D.C. Bar No. 452615
U.S. Department of Justice
Environment and Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044
Phone: 202-514-4206
Email:  Heather.Gange@usdoj.gov

4

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                                                                              /s/ Heather E. Gange