IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY and CENTER FOR ENVIRONMENTAL HEALTH, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL REGAN and ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Defendants*. | Civil Action No. 1:24-cv-02194 (JEB) |

**INHANCE'S RESPONSE TO DEFENDANTS'
MOTION FOR PARTIAL RECONSIDERATION**

The deadline to respond to Inhance's motion to intervene was September 25. Plaintiffs did not oppose the motion by that date, and neither did EPA. Instead, the Government asked the Court for a five-day extension to accommodate that effort, which Inhance did not oppose.

Ahead of its extended deadline, EPA moved to stay proceedings pending resolution of its motion to dismiss, ECF No. 15, but did not file a response to Inhance's intervention motion. In its reconsideration motion, the Government now suggests that its stay motion somehow absolved it of the need to file a response on intervention. *See* ECF No. 20 at 2.[1]

Inhance filed its motion to intervene before the Government moved to stay, and it has a distinctive interest in the outcome of this litigation. Whatever might be said of the Government's

---

[1] EPA counsel notified Inhance of its intention to file this motion at 4:42 PM on October 3, 2024. Sixty-three minutes later, without further communication, EPA counsel filed this motion at 5:45 PM.

argument about resource constraints—Inhance is confident that EPA personnel are capable of "collaborat[ing] to prepare the response brief" while also performing their other duties, *id.*—that is not a reason to skirt its litigation obligations.

The Court should not vacate the Order it entered on October 3. And EPA should be directed to respond to Inhance's motion to intervene forthwith or face the ordinary consequence of a party's failure to do so. Loc. Civ. R. 47(b) ("If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.").

Respectfully submitted,

/s/ *Susan M. Cook*
Susan M. Cook (D.C. Bar No. 462978)
Catherine E. Stetson (D.C. Bar No. 453221)
Adam M. Kushner (D.C. Bar No. 426344)
Marlan Golden (D.C. Bar No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:  (202) 637-5600
susan.cook@hoganlovells.com

J. Tom Boer (D.C. Bar. No. No. 469585)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA  94111
Phone: (415) 374-2336
Fax: (415) 374-2499
tom.boer@hoganlovells.com

Dated: October 4, 2024          *Counsel for Inhance Technologies LLC*