**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

```
_____
                               )
CENTER FOR ENVIRONMENTAL       )
HEALTH, et al.,                )
                Plaintiffs,    )
        v.                     )        Case No. 24-cv-2194
                               )
UNITED STATES ENVIRONMENTAL    )        Hon. James E. Boasberg
PROTECTION AGENCY, et al.,     )
                               )
                Defendants.    )
_____)
```

**JOINT STATUS REPORT**

In accordance with the Court's October 16, 2024 Minute Order, the Parties hereby submit the following joint status report:

**A. Proceedings to Date**

Plaintiffs filed this Toxic Substances Control Act ("TSCA") citizen suit under 15 U.S.C. § 2619(a)(2) seeking injunctive and declaratory relief based on allegations that EPA did not timely fulfill an obligation imposed by 15 U.S.C. § 2604(f) to "initiate applicable action under section 2604, 2605 or 2606 to prevent or reduce . . . to a sufficient extent" risks presented by per- and polyfluoroalkyl substances generated by Inhance's fluorination of plastic containers. ECF No. 1. Service was effected on the U.S. Attorney for the District of Columbia on August 9, 2024.

Defendants the United States Environmental Protection Agency and Michael S. Regan in his official capacity as Administrator (collectively "EPA") moved to dismiss this case for lack of subject matter jurisdiction on September 27, 2024. ECF No. 14. Briefing closed on October 24, 2024, and this motion is ready for decision.

**B. Ongoing Proceedings**

Inhance Technologies, LLC ("Inhance") moved for permissive intervention or intervention as of right on September 11, 2024.  ECF No. 11.  Plaintiffs did not object to this motion, however EPA does object and anticipates that it will file its opposition brief on or before the current deadline of November 1, 2024.  Inhance's reply, if any, is due by November 8, 2024, at which time this motion will be ready for decision.  *See* Minute Order, dated October 11, 2024.

Plaintiffs expect to file a motion for summary judgment no later than 14 days after a ruling by this Court denying EPA's motion to dismiss the Complaint.  *See* Minute Order, dated October 3, 2024.

Respectfully submitted,

/s/ Robert Sussman (by permission)
Robert M. Sussman
D.C. Bar  226746
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-011

Paula Dinerstein
D.C. Bar 333971
Colleen Tuebner
D.C. Bar 90003410
PUBLIC EMPLOYEES FOR ENVIRONMENTAL
   RESPONSIBILITY
962 Wayne Avenue, Suite 610
Silver Spring, MD 20910
(202-265-7337)

*Attorneys for all Plaintiffs*

/s/ Heather E. Gange
HEATHER E. GANGE, Senior Attorney
DC Bar 452615
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel:  (202) 514-4206
Fax:  (202) 514-8865

*Attorney for all Defendants*

Dated:  October 25, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of October 2024, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on counsel for all parties in this matter.

<u>/s/ Heather E. Gange</u>
Heather E. Gange
DC Bar 452615
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel:  (202) 514-4206
Fax:  (202) 514-8865