IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL REGAN and ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendants*. | Civil Action No. 1:24-cv-02194 (JEB) |

**INHANCE'S RESPONSE TO STATUS REPORT**

Movant-Intervenor Inhance Technologies LLC submits this response to the parties' October 25 Status Report. Inhance reached out to the Government on October 22 and asked to participate in the preparation of the status report. The Government rejected that request, nominally on the grounds that Inhance was not yet a party to the lawsuit. On October 24, Inhance asked, at the very least, that the Government note in the status report that Inhance had requested permission to participate in the process of compiling the joint status report and been denied. The Government failed to respond to Inhance's request. Earlier today, the Government filed the Joint Status Report without Inhance's requested submission (and without allowing Inhance to view the document).

Having been sidelined from participation in a Joint Status Report that addresses—among other things—Inhance's pending motion to intervene, Inhance respectfully requests that its motion to intervene be granted so that it will not be barred from participating in further proceedings in this case.

                              Respectfully submitted,

                              /s/ *Susan M. Cook*
                              Susan M. Cook (D.C. Bar No. 462978)
                              Catherine E. Stetson (D.C. Bar No. 453221)
                              Marlan Golden (D.C. Bar No. 1673073)
                              HOGAN LOVELLS US LLP
                              555 Thirteenth Street, NW
                              Washington, D.C. 20004
                              Tel:  (202) 637-5600
                              susan.cook@hoganlovells.com

                              J. Tom Boer (D.C. Bar. No. No. 469585)
                              HOGAN LOVELLS US LLP
                              4 Embarcadero Center, Suite 3500
                              San Francisco, CA  94111
                              Phone: (415) 374-2336
                              Fax: (415) 374-2499
                              tom.boer@hoganlovells.com

Dated: October 25, 2024                *Counsel for Inhance Technologies LLC*