

90-5-1-4-22816

**U.S. Department of Justice**

Environment and Natural Resources Division

*Environmental Defense Section*  *Telephone (202) 514-2219*
*P.O. Box 7611*  *Facsimile (202) 514-8865*
*Washington, DC 20044*

December 9, 2024

Ms. Angela D. Caesar
Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC

  Re: Dates of unavailability in *Center for Environmental Health v. EPA*, No. 1:24-cv-2194

Dear Ms. Caesar:

  I am counsel of record for Defendants in the above-referenced case. I will be unavailable during the week of December 9, 2024, for travel and oral argument in the consolidated cases *Sierra Club v. EPA et al.,* Case Nos. 23-3581, 23-3583 (6th Cir.), and during the weeks of December 16 and 23, 2024, for travel outside of the United States.

            Sincerely,

            /s/ Heather E. Gange

            Heather E. Gange
            D.C. Bar No. 452615
            U.S. Department of Justice
            Environment & Natural Resources Div.
            P.O. Box 7611
            Washington, DC 20044
            (202) 532-3157
            Heather.Gange@usdoj.gov