IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER F0R ENVIRONMENTAL HEALTH and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL REGAN, as Administrator of the United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Civil Action No. 24-2194 |

## NOTICE OF APPEAL

Notice is hereby given that Public Employees for Environmental Responsibility and Center for Environmental Health, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Judgment dismissing this action entered by the Court on December 11, 2024.

December 26, 2024.

Respectfully submitted,

1

*/s/ Robert M. Sussman*
Robert M. Sussman
SUSSMAN & ASSOCIATES
DC BAR NO. 226746
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

*Attorneys for Plaintiff Center for Environmental Health*

*/s/PaulaDinerstein*
Paula Dinerstein
General Counsel
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
DC BAR NO. 333971
*962 Wayne Avenue, Suite 610,*
*Silver Spring, MD 20910*
*202-265-7337*
*pdinerstein@peer.org*

Colleen E. Teubner DC BAR NO. 90003410
Staff Attorney
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
cteubner@peer.org
(202) 464-2293

*Attorneys for Plaintiff Public Employees for Environmental Responsibility*